FILED
APR - 5 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

LISA NIEPERT
Michelle Williams

*Plaintiff/Petitioner(s)*

v.

Jeff Brown

*Defendant/Respondent(s)*

Case Number: 17-345-JPG
(Clerk's Office will provide)

❒ CIVIL RIGHTS COMPLAINT
pursuant to 42 U.S.C. §1983 (State Prisoner)

❒ CIVIL RIGHTS COMPLAINT
pursuant to 28 U.S.C. §1331 (Federal Prisoner)

❒ CIVIL COMPLAINT
pursuant to the Federal Tort Claims Act, 28 U.S.C. §§1346, 2671-2680, or other law

## I. JURISDICTION

**Plaintiff:**

A. Plaintiff's mailing address, register number, and present place of confinement.

403 S 2nd St
Greenville, IL 62246

**Defendant #1:**

B. Defendant JEFF BROWN is employed as
(a) (Name of First Defendant)

SHERIFF
(b) (Position/Title)

with BOND COUNTY SHERIFFS Dept
(c) (Employer's Name and Address)

403 S. 2nd St. Greenville, IL 62246

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government? ❒ Yes ❒ No

If your answer is YES, briefly explain:

**Defendant #2:**

C. Defendant ______________________________ is employed as

(Name of Second Defendant)

______________________________

(Position/Title)

with ______________________________

(Employer's Name and Address)

______________________________

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government? ❒ Yes ❒ No

If you answer is YES, briefly explain:

**Additional Defendant(s) (if any):**

D. Using the outline set forth above, identify any additional Defendant(s).

## II. PREVIOUS LAWSUITS

A. Have you begun any other lawsuits in state or federal court relating to your imprisonment? ❒ Yes ☒ No

B. If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline. <u>Failure to comply with this provision may result in summary denial of your complaint</u>.

1. Parties to previous lawsuits:
   Plaintiff(s):

   Defendant(s):

2. Court (if federal court, name of the district; if state court, name of the county):

3. Docket number:

4. Name of Judge to whom case was assigned:

5. Type of case (for example: Was it a habeas corpus or civil rights action?):

6. Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?):

7. Approximate date of filing lawsuit:

8. Approximate date of disposition:

## III. GRIEVANCE PROCEDURE

A. Is there a prisoner grievance procedure in the institution? ☒ Yes ❐ No

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? ☒ Yes ❐ No

C. If your answer is YES,

1. What steps did you take?
GAVE it to the CO on Duty at the time

2. What was the result?
Denied, did not even sign it

D. If your answer is NO, explain why not.

E. If there is no prisoner grievance procedure in the institution, did you complain to prison authorities? ☒ Yes ❐ No

F. If your answer is YES,

1. What steps did you take?
TOLD Numerous CO's about the mold in shower, toilet and in cells wanted Bleach to clean you continously have to ask for cleaning supplies

2. What was the result?
Denied, NO-one communicates Around here

G. If your answer is NO, explain why not.

H. Attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not:

## IV. STATEMENT OF CLAIM

A. State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments of citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

Toilet in one cell was broke for 3 weeks and sharing 1 toilet in another cell. we told a co and he wrote it down. Nothing happened until one day we finally snapped after telling them and urine went all over someone 2 days later it was fixed. We've complained numereous times about the mold filling out grievances does not go anywhere everyone you fill out are always denied. To them we are prisoners. They have mold in the showers, toilets, and the floors, they even took a desk out of the storage room and the top of it covered with mold. I have seen cleanier County Jail better than this. Its a shame you cant get cleaning supplies when asked you have to ask all day and 1 co on Sunday refuses to give them to you on Sunday if you are a female

V. **REQUEST FOR RELIEF**

State exactly what you want this court to do for you. If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255. Copies of these forms are available from the clerk's office.

VI. **JURY DEMAND** (*check one box below*)

The plaintiff ☒ does ☐ does not request a trial by jury.

**DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11**

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: March 31, 2017
(date)

Lisa Niepert
Signature of Plaintiff

403 S 2 St
Street Address

LISA NIEPERT
Printed Name

Greenville, IL 62246
City, State, Zip

Prisoner Register Number

Signature of Attorney (if any)

**BOND COUNTY CORRECTION FACILITY**

**INMATE GRIEVANCE FORM**

**STEP 1**

INMATE INFORMATION:

NAME: LISA NIEPERT DATE OF BIRTH: 5/25/67 DATE INCARCERATED: ______

CHARGES(S): ______

DATE OF GRIEVANCE: 3/26/17 NATURE OF GRIEVANCE: Cleaning SUPPLIES

this is Ridiculous that you ask for Cleaning Supplies at exactly 10AM and then again exactly 2pm AND RON

REMEDY SUGGESTED BY INMATE: Quote UNQUOTE YOU will get them when we can excuse me there is 2 people HERE ON BACK

GIVEN TO: ______ DATE/TIME: 3/26/17 2:10

GRIEVANT'S SIGNATURE: Lisa Niepert

**ACTION TAKEN:**

ACCEPTED DENIED (circled) DATE: 3/26/17 2:20pm

COMMENTS ABOUT ACTION: ______

SIGNATURE OF ON DUTY CORRECTIONAL OFFICER: ______

---

**TO: CHIEF CORRECTIONAL OFFICER OR ON-DUTY DEPUTY**

**STEP 2**

INMATE'S NAME: ______

DATE OF GRIEVANCE: ______ NATURE OF GRIEVANCE: ______

REMEDY SUGGESTED BY INMATE: ______

SUBMITTED TO: ______ DATE/TIME SUBMITTED: ______

GRIEVANT'S SIGNATURE: ______

**ACTION TAKEN:**

ACCEPTED DENIED DATE: ______

COMMENTS ABOUT ACTION: ______

SIGNATURE OF CHIEF CORRECTIONAL OFFICER/ON-DUTY DEPUTY: ______

**TO THE SHERIFF OF BOND COUNTY**

**STEP 3**

INMATE'S NAME: ______________________

DATE OF GRIEVANCE: ______________ NATURE OF GRIEVANCE: ______________

REMEDY SUGGESTED BY INMATE: ______________________

SUBMITTED TO: ______________ DATE/TIME SUBMITTED: ______________

GRIEVANT'S SIGNATURE: ______________________

**ACTION TAKEN:**

ACCEPTED DENIED DATE: ______________

COMMENTS ABOUT ACTION: ______________________

SHERIFF OF BOND COUNTY: ______________________

**COMMENTS:**

whats the excuse. It takes FOREVER but a few to do anything Around HERE. I would like to speak to MR. BROWN, No-one Cleans Crap Mold every where. Spider webs this place is like a cocentration camp, No Need for an Attitude Dont like your Job retire or Quit.



403 S 2nd St
Greenville, Il
62246
03 APR 2017 PM 9 L
MAIL CLEARED
US MARSHALS
This Correspondence
is from the
Bond County Jail
Clerk
United States District Court
P.O. Box 249
East St. Louis, Illinois
62202
62202-024949

RECEIVED
APR 05
CLERK, U.S. DISTRICT
SOUTHERN DISTRICT
EAST ST. LOUIS